UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOLAN HUDSON, JR.                                CIVIL ACTION

VERSUS                                           NO. 08-3508

WARREN RILEY ET AL.                              SECTION "C" (2)

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Nolan Hudson, Jr., are DISMISSED without PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 18 day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE